

Mary A. Schott
Clerk of Court

Entered on Docket
September 28, 2020

_____

NVB 3011–1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−16−14453−btb |
| | CHAPTER 13 |
| DAVID W LIVINGSTON | |
| | ORDER GRANTING |
| Debtor(s) | APPLICATION TO |
| | DEPOSIT UNCLAIMED FUNDS |

On 9/25/2020, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###